# UNITED STATES DISTRICT COURT

[OUTSIDE NEW YORK — JURISDICTION SELECTED DUE TO SYSTEMIC OBSTRUCTION WITHIN NY COURTS]

**Plaintiff: UNITED STATES DISTRICT COURT**

[DISTRICT OUTSIDE NEW YORK – VENUE SELECTED DUE TO STATE-COURT OBSTRUCTION]

**WILLIAM HALEY JR.,**

PLAINTIFF,

v.

**JON DOE 1–50 AND JANE DOE 1–50,**

DEFENDANTS.

CIVIL ACTION NO.: [TO BE ASSIGNED]

2:26-cv-02009-TC-TJJ

**COMPLAINT**

## I. NATURE OF THE ACTION

1. THIS IS A CIVIL ACTION BROUGHT BY PLAINTIFF WILLIAM HALEY JR. TO ADDRESS A CONTINUOUS PATTERN OF OBSTRUCTION, RETALIATION, AND DENIAL OF PARENTAL RIGHTS BY MULTIPLE ACTORS, INCLUDING PRIVATE PARTIES, BUSINESS ASSOCIATES, AND STATE OR LOCAL OFFICIALS, WHICH HAS RESULTED IN SIGNIFICANT DEPRIVATION OF PLAINTIFF'S RELATIONSHIP WITH HIS MINOR CHILD (HEREINAFTER "E.H."), INCLUDING THE DENIAL OF HOLIDAYS, EXTRACURRICULAR ACTIVITIES, AND ORDINARY PARENTAL ACCESS.

2. PLAINTIFF SEEKS DECLARATORY, INJUNCTIVE, AND COMPENSATORY RELIEF FOR HARM CAUSED BY THE ACTIONS OF DEFENDANTS JON DOE 1–50 AND JANE DOE 1–50. THESE ACTIONS INCLUDE, BUT ARE NOT LIMITED TO: INTERFERENCE WITH PARENTAL ACCESS, OBSTRUCTION OF EMERGENCY CUSTODY FILINGS, UNLAWFUL ORDERS OF PROTECTION, DENIAL OF DUE PROCESS, DEFAMATION, AND EMOTIONAL HARM TO BOTH PLAINTIFF AND HIS CHILD.

3. THIS COMPLAINT IS FILED IN THIS JURISDICTION **OUTSIDE NEW YORK STATE** BECAUSE THE PLAINTIFF HAS EXHAUSTED AVAILABLE REMEDIES IN NEW YORK COURTS, WHERE SYSTEMIC OBSTRUCTION, FAILURE TO ACT ON EMERGENCY FILINGS, AND COORDINATED MANIPULATION OF COURT PROCESSES HAVE PREVENTED RELIEF, AS DOCUMENTED BELOW. PLAINTIFF'S MINOR CHILD RESIDES IN MONROE COUNTY, NEW YORK, AND ALL ATTEMPTS TO OBTAIN EMERGENCY RELIEF OR ASSERT PARENTAL RIGHTS WITHIN NEW YORK HAVE BEEN REPEATEDLY FRUSTRATED.

## II. JURISDICTION AND VENUE

4. JURISDICTION IS PROPER PURSUANT TO 28 U.S.C. § 1331, 28 U.S.C. § 1343, AND 42 U.S.C. § 1983, AS PLAINTIFF'S RIGHTS UNDER THE UNITED STATES CONSTITUTION, INCLUDING PARENTAL LIBERTY, DUE PROCESS, AND FREEDOM FROM RETALIATION, HAVE BEEN VIOLATED.

5. VENUE IS APPROPRIATE IN THIS DISTRICT BECAUSE NEW YORK STATE COURTS HAVE FAILED TO PROVIDE EFFECTIVE REMEDIES, AND SYSTEMIC OBSTRUCTIONS HAVE FORCED PLAINTIFF TO SEEK RELIEF IN A FEDERAL FORUM OUTSIDE OF NEW YORK STATE TO PROTECT CONSTITUTIONAL RIGHTS AND PREVENT IRREPARABLE HARM TO THE MINOR CHILD.

## III. PARTIES

6. PLAINTIFF WILLIAM HALEY JR. IS THE FATHER OF A MINOR CHILD, E.H., AND RESIDES IN MONROE COUNTY, NEW YORK.

7. DEFENDANTS JON DOE 1–50 AND JANE DOE 1–50 ARE INDIVIDUALS AND ENTITIES RESPONSIBLE FOR ACTS OF OBSTRUCTION, RETALIATION, INTERFERENCE, AND DENIAL OF PARENTAL RIGHTS. THEIR IDENTITIES ARE NOT FULLY KNOWN AT THIS TIME, AND PLAINTIFF WILL AMEND THE COMPLAINT TO INCLUDE SPECIFIC NAMES, ROLES, AND CONDUCT.

## IV. TIMELINE OF EVENTS (2024–2026) WDNY- Western District New York. SDNY- Southern District New York. Supreme- Monroe County. ALL OF THE FOLLOWING HAPPENED UNDER WESTERN DISTRICT NEW YORK's watch. (Besides the first two events, which were listed in the complaint.)

1.05/21/2025 BUSINESS SABOTAGE COMPLAINT / NY SUPREME COURT: FILING ALLEGING COORDINATED INTERFERENCE WITH NY INSULATION; DEFENDANTS INCLUDE

Robert Moore, Nick Abele, Ronneberg, and Christa Construction actors later linked to Monroe County personnel (Bello, court staff); sets stage for systemic retaliation. Case still doesn't have a judge assigned and electronic filing is still pending. Proof: Court records, business documents

2.05/22/2025 Child Removed / NY Supreme Court: Immediate retaliatory custody action following filing; minor child removed from Plaintiff's care. Proof: Family Court order

07/03/2025 TRO Filed / Western District New York: **Emergency TRO** to protect parental access after prior obstruction. Proof: PACER 1:25-cv-09534, Doc 5

07/08/2025 Case Opened / Western District New York: Complaint, **TRO**, and in forma pauperis application filed in Case No. 6:25-cv-06361-EAW. Proof: PACER Docs 1–5

07/17/2025 Continuation of Exhibits / Western District New York: Additional **evidence submitted in support of TRO**. Proof: PACER Doc 6

08/01/2025 Letter Filed / Western District New York: Written communication regarding **TRO**; emergency alert; warned of escalating separation and need for relief. Proof: PACER Doc 7

08/18/2025 Remark / Western District New York: Procedural note / motion context. Proof: PACER Doc 8

08/22/2025 Motion for Miscellaneous Relief / Western District New York: Procedural request highlighting obstruction. Proof: PACER Doc 9

08/29/2025 Orders of Protection Filed w/ Perjury / Monroe County Family Court: OOP containing false statements and perjury imposed a 500-ft restriction on Plaintiff, provided Ashley with confidential address to further false narrative; minor child removed seven days later. Proof: IMG files, court records

Late Aug–Oct 2025 Flag Football Interference / Family Court / Coaching: Minor child enrolled in flag football secretly in Hilton; Plaintiff's coaching access blocked; deliberate scheduling to prevent parent-child engagement. Proof: Correspondence, practice schedules

10/01/2025 Consent to Electronic Notice / Western District New York: Administrative step to receive electronic court notifications. Proof: PACER Doc 10

10/16/2025 Referee Ignores Perjury / Family Court OOP: Referee Amanda Oren disregards false statements; Plaintiff requests discovery for subpoenas and subpoenas child's attorney and Jeff Gerace to testify. Proof: Family court filings

10/29/2025 Emergency Custody Petition Filed / Monroe County Family Court: Filed on minor child's ninth birthday; emergency petition ignored, despite; District Court oversight present; Plaintiff remains without

ACCESS. THE EMERGENCY CUSTODY PETITION STILL HAS NOT BEEN HEARD. PROOF: COURT RECORDS, FILINGS

10/31/2025 HALLOWEEN / - : PLAINTIFF DENIED ACCESS; MINOR CHILD MISSED FIRST HALLOWEEN WITH FATHER. PROOF: FAMILY RECORDS, TESTIMONY

11/10/2025 BACKDATED PETITION / FAMILY COURT: FRAUD COMMITTED BY COURT AND CHILD'S MOTHER; BACKDATED PETITION FILED. PROOF: FAMILY COURT RECORDS

11/14/2025 COMPLAINT & **TRO** FILED / SDNY: EMERGENCY **TRO** ATTEMPT AFTER FAMILY COURT OBSTRUCTION. PROOF: PACER 1:25-cv-09534, DOCS 1–5

11/17/2025 MAILING / NOTICE OF SETTLEMENT / SDNY: PROOF OF SERVICE AND GOOD FAITH ATTEMPTS DOCUMENTED. PROOF: PACER DOCS 6–7

**11/18/2025 CASE TRANSFERRED / TRO TERMINATED / SDNY → WDNY:** TRO **TERMINATED UPON TRANSFER FROM SDNY TO WDNY,** APPEARING AS DELIBERATE PROCEDURAL MANIPULATION TO PREVENT RELIEF. COURT CONTINUES TO **DELAY OR OBSTRUCT PLAINTIFF'S CONSTITUTIONAL RIGHTS.** PROOF: PACER DOCS 8–9

11/19/2025 AUTOMATIC REFERRAL TO MEDIATION / WDNY: COURT ACKNOWLEDGES FILING BUT DELAYS SUBSTANTIVE ACTION. PROOF: PACER DOCS 10–11

11/25/2025 **TRO** FILED AGAIN / WDNY: ANOTHER EMERGENCY REQUEST SUBMITTED; NO CORRECTIVE ACTION TAKEN. PROOF: PACER DOC

12/11/2025 NEW TEMPORARY ORDER OF PROTECTION ISSUED **AGAINST** PLAINTIFF / **PARMA** TOWN COURT (IDV): BRAND-NEW OOP ISSUED AGAINST PLAINTIFF DAYS AFTER PRIOR PROCEEDINGS; COINCIDES WITH SUBPOENAS PENDING FOR MOORE, GERACE, AND AFFRONTI. PROOF: TEMPORARY OOP

12/11/2025 DEFAMATORY CONDITIONS IMPOSED / PARMA TOWN COURT (IDV): TEMPORARY OOP PROHIBITS PLAINTIFF FROM "HACKING, MONITORING, OR ACCESSING ASHLEY'S DEVICES" DESPITE NO EVIDENCE. PROOF: OOP TERMS

12/11/2025 JURISDICTIONAL SHIELDING / PARMA TOWN COURT (IDV): MATTER MOVED INTO IDV FRAMEWORK TO PREVENT EXPOSURE, CROSS-EXAMINATION, AND PRESERVE SEPARATION FROM CHILD OVER HOLIDAYS. PROOF: COURT DOCKET

**12/16–12/17/2025 EMERGENCY CUSTODY / BACKDATED PETITION / FAMILY COURT → IDV COURT: DOCKET DISMISSED ON DECEMBER 16 AND TRANSFERRED TO IDV COURT UNDER JUDGE STACY ROMEO, WHO, ALONG WITH OTHER JUDGES, IS PREPARING A NEW FALSE NARRATIVE. MATTER RESCHEDULED FOR JANUARY 28, GUARANTEEING PLAINTIFF MISSES CHRISTMAS AND NEW YEAR'S ACCESS. BACKDATED PETITION IGNORED. APPELLATE DIVISION DENIED RELIEF. PLAINTIFF HIGHLIGHTS THAT THIS PROCEDURAL MANEUVER IS PART OF A CONTINUED PATTERN OF OBSTRUCTION AND RETALIATION, MAINTAINING SEPARATION FROM THE CHILD OVER THE HOLIDAYS. PROOF: COURT FILINGS, CORRESPONDENCE**

12/23/2025 EMERGENCY OSC / APPELLATE DIVISION: PLAINTIFF'S EMERGENCY ORDER TO SHOW CAUSE DENIED BY JUDGE. PROOF: COPIES, EMAIL

12/25/2025 Christmas / - : Plaintiff denied access; minor child missed holiday. Proof: Family records, testimony

01/01/2026 New Year's Day / - : Plaintiff denied full access; minor child missed first New Year's Eve celebration with Father. Proof: Family records, testimony

01/06/2026 Attempted OOP Hearing / Renewal / Henrietta Town Court: Court attempted to issue another two-year OOP against Plaintiff; challenged by Plaintiff. Proof: Court docket, filings

01/06/2026 Retaliatory Continuation / Procedural Abuse / Henrietta Town Court: Pattern used to maintain separation from child; timing guarantees further disruption of parental contact and holidays. Proof: Court filings, notice of hearing

01/06/2026 Exposure of Pattern / Emergency Attempt / Henrietta Town Court: Plaintiff highlights systemic disregard for emergency custody needs, previous TRO failures, and ongoing retaliation. Proof: Court observation, filings

## V. STATEMENT REGARDING AMENDED COMPLAINT

8. Plaintiff intends to file an amended complaint adding all known Defendants, detailed factual support, exhibits, and documentary evidence. This initial complaint seeks to present the ongoing, documented pattern of obstruction, retaliation, and denial of parental access in real time, highlighting urgent issues requiring court intervention.

## VI. CLAIMS FOR RELIEF

9. Denial of Parental Rights and Custodial Interference.
10. Retaliation for Exercise of Legal Rights.
11. Abuse of Process and Procedural Manipulation.
12. Defamation and False Allegations.
13. Emotional Harm to Plaintiff and Minor Child.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Issue declaratory and injunctive relief to restore access to Plaintiff and prevent further deprivation of parental rights;

b. Award compensatory and consequential damages;

c. Preserve and protect Plaintiff's ability to enforce legal rights without obstruction;

d. Grant such other relief as the Court deems just and proper.

Date: 1-7-25

William C Haley Jr, ProSe